1  Michael R. Reese (State Bar No. 206773)
2  Carlos F. Ramirez (Admitted *pro hac vice*)
   REESE LLP
3  100 West 93rd Street, 16th Floor
   New York, New York 10025
4  Telephone: (212) 646-0500
   Facsimile: (212) 253-4272
5  E-mail: mreese@reesellp.com
   cramirez@reesellp.com
6
7  George V. Granade (State Bar No. 316050)
   REESE LLP
8  8484 Wilshire Boulevard, Suite 515
   Los Angeles, California 90211
9  Telephone: (212) 643-0500
   Facsimile: (212) 253-4272
10 E-mail: ggranade@reesellp.com

11 Anthony J. DiRaimondo (Admitted *pro hac vice*)
12 RICE REUTHER SULLIVAN & CARROLL, LLP
   3800 Howard Hughes Parkway, Suite 1200
13 Las Vegas, Nevada 89169
   Telephone: (702) 732-9099
14 Facsimile: (702) 732-7110
15 E-mail: adiraimondo@rrsc-law.com

16 *Attorneys for Plaintiff Susan White*

17

18                     UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20

21

22 | SUSAN WHITE, individually, and on behalf of all others similarly situated, | Case No. 4:19-cv-07816-YGR |
   | --- | --- |
23 |                   Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
24 |        v. | |
25 | BLUE BUFFALO COMPANY, LTD., | |
26 |                   Defendant. | |
27
28

---

Case No. 4:19-cv-07816-YGR                    NOTICE OF VOLUNTARY DISMISSAL

**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

11/6/2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2 <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

3      PLEASE TAKE NOTICE that Plaintiff, under Federal Rule of Civil Procedure

4 41(a)(1)(A)(i), hereby dismisses this action. Such dismissal shall be with prejudice, with each side

5 to bear its own costs and attorney's fees.

6

7 DATED:  November 4 2020            By: /s/ Carlos F. Ramirez

8                                          Michael R. Reese (State Bar No. 206773)
                                           Carlos F. Ramirez (*pro hac vice*)
9                                          REESE LLP
                                           100 West 93rd Street, 16th Floor
10                                         New York, New York 10025
                                           Telephone: (212) 646-0500
11                                         Facsimile: (212) 253-4272
                                           E-mail: mreese@reesellp.com
12                                         cramirez@reesellp.com

13
                                           George V. Granade (State Bar No. 316050)
14                                         REESE LLP
                                           8484 Wilshire Boulevard, Suite 515
15                                         Los Angeles, California 90211
                                           Telephone: (212) 643-0500
16                                         Facsimile: (212) 253-4272
                                           E-mail: ggranade@reesellp.com
17

18                                         Anthony J. DiRaimondo (*pro hac vice*)
                                           RICE REUTHER SULLIVAN & CARROLL, LLP
19                                         3800 Howard Hughes Parkway, Suite 1200
                                           Las Vegas, Nevada 89169
20                                         Telephone: (702) 732-9099
                                           Facsimile: (702) 732-7110
21                                         E-mail: adiraimondo@rrsc-law.com

22
                                           *Attorneys for Plaintiff Susan White*
23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 4, 2020, I caused to be filed via the CM/ECF system true and correct copies of the forgoing document and that the service of this document was accompanied on all parties in the case by CM/ECF system.

/s/ Carlos F. Ramirez